United States District Court
Southern District of Texas
**ENTERED**
January 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICKY WAYNE BECKETT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-168 |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL BRANCH- TDCJ MANAGED CARE, *et al*, | § § § § | |
| | § | |
| Defendants. | § | |

# **ORDER**

Ricky Wayne Beckett (TDCJ #01883225) has brought an action under 42 U.S.C. § 1983 in which he alleges that the defendants have improperly deducted co-pay charges from his inmate trust fund account (Dkt. 1). Since he filed his original complaint, Beckett has filed a host of voluminous letters and pleadings that are apparently unrelated to the allegedly improper fund deduction. Beckett is advised that, by attempting to include in this lawsuit claims that stem from events unrelated to the allegedly improper fund deduction discussed in his original complaint, he is in violation of Federal Rules of Civil Procedure 18 and 20, which set out the limits on joinder of claims and parties. The Fifth Circuit has discouraged the "creative joinder of actions" by prisoners attempting to circumvent the fee-payment and three-strikes provisions of the Prison Litigation Reform Act. *See Patton v. Jefferson Correctional Center*, 136 F.3d 458, 464 (5th Cir. 1998). If Beckett wishes to bring lawsuits arising from events unrelated to the allegedly improper fund deduction discussed in his original complaint, he needs to file separate civil

complaints discussing those events, accompanied by either separate applications to proceed *in forma pauperis* or separate full filing fees. The Court will only consider filings in this case that relate to the allegedly improper fund deduction discussed in Beckett's original complaint.

The Court has granted Beckett's application for leave to proceed *in forma pauperis* and has ordered the defendants named in Beckett's original complaint to answer the allegations related to the deduction of co-pay charges from Beckett's inmate trust fund account. All other motions that are pending in this case are **DENIED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Galveston, Texas, this 5th day of January, 2018.

_____
George C. Hanks Jr.
United States District Judge