IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICKY WAYNE BECKETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-168 |
| | § | |
| UTMB-CORRECTIONAL MANAGED CARE, et al., | § | |
| Defendants. | § | |

## ORDER

The plaintiff, Ricky Wayne Beckett (TDCJ #1883225), has filed a civil rights complaint under 42 U.S.C. § 1983, alleging that he was wrongfully deprived of funds from his inmate trust account after receiving medical care for a chronic skin infection. The Court requested an answer from all of the named defendants, who are employed either by the University of Texas Medical Branch ("UTMB") or the Texas Department of Criminal Justice ("TDCJ") (Dkt. 23). Several of those UTMB and TDCJ defendants have filed separate motions to dismiss the complaint for failure to state a claim, asserting official immunity, among other things (Dkts. 25, 26). The Texas Attorney General's Office has also filed to motions to seal exhibits containing personal information for several other remaining defendants, who are no longer employed by the state and have not been served (Dkts. 27, 30). In addition, Beckett has filed a motion for an indefinite continuance or extension of time to respond to the defendants' motions to dismiss and he

asks the Court to supply him with a copy of his complaint, which was lost or destroyed during the evacuation of his prison unit following Hurricane Harvey (Dkt. 33).

It is **ORDERED** that the motions to seal filed by the Texas Attorney General's Office (Dkts. 27, 30) are **GRANTED** and that the exhibits provided (Dkts. 29, 32) shall be filed **UNDER SEAL**.

It is further **ORDERED** that the motion for an extension of time filed by the plaintiff, Ricky Wayne Beckett (Docket Entry No. 33), is **GRANTED, in part**. Beckett shall respond to the defendants' motions to dismiss to the best of his ability within **thirty (30) days** from the date of this Order. The Clerk's office shall provide Beckett with a copy of his complaint (Dkt. 1).

The Clerk of Court shall send a copy of this Order to the parties of record and *amicus* counsel.

SIGNED at Galveston, Texas, on March 20, 2018.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE